UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24bk07407 |
| | ) | |
| Patriot Transport, Inc., | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO LAKELAW LLC, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND
PAYMENT OF <u>FINAL</u> COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 44,385.00 | TOTAL COSTS REQUESTED: | $ 1,568.79 |
| TOTAL FEES REDUCED: | $ 1,133.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 43,252.00 | TOTAL COSTS ALLOWED: | $ 1,568.79 |

TOTAL FEES AND COSTS ALLOWED: $44,820.79

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     <u>Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 1,133.00</u>

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: April 16, 2025

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court



# INVOICE

Invoice # 1064
Date: 03/24/2025

53 West Jackson Blvd., Suite 1301
Chicago, IL 60604
United States
Phone: 312.566.9008
Fax: 312.253.4874
www.lakelaw.com

Patriot Transport, Inc.
450 Kehoe Blvd
Carol Stream, IL 60188

## 01005-Patriot Transport Inc.

## Chapter 11

### Services

| Date | Description | Attorney | Rate | Quantity | Total |
|------|-------------|----------|------|----------|-------|
| 05/20/2024 | EMAIL TO AND FROM I.TERLETSKY RE: POST FILING QUESTIONS | JH | $550.00 | 0.10 | $55.00 |
| 05/20/2024 | PHONE CALL WITH M.JANOWSKA AND I.TERLETSKY RE: CLOSING, FIRST DAY ISSUES; NEW FACTORING RELATIONSHIP | JH | $550.00 | 0.20 | $110.00 |
| 05/22/2024 | REVIEWED PROPOSED DIP FACILITY (.7). RESEARCHED PROCEDURES APPLICABLE TO FINANCING MOTIONS. (.4) BEGAN DRAFTING MOTION TO APPROVE DIP FACILITY (.5) | BRZ | $550.00 | 1.70 | $935.00 |
| 05/23/2024 | CONTINUED DRAFTING MOTION TO OBTAIN POST-PETITION CREDIT, INCLUDING, AS NECESSARY, REVIEW OF PROPOSED DIP LOAN FACILITY AND DEBTOR RECORDS. | BRZ | $550.00 | 4.30 | $2,365.00 |
| 05/24/2024 | DRAFTED MOTION FOR APPROVAL OF DIP LOAN AND USE OF CASH COLLATERAL. CONFERRED WITH J. HILTZ REGARDING SAME. | BRZ | $550.00 | 6.80 | $3,740.00 |
| 05/25/2024 | REVISED AND FINALIZED FINANCING MOTION FOR PATRIOT AND EXPEDITOR, INCLUDING REVIEW AND PREPARATION OF EXHIBITS AND COORDINATING FILING AND SERVICE. CONFERRED WITH J. HILTZ | BRZ | $550.00 | 9.30 | $5,115.00 |

(1)

Invoice # 1064 - 03/24/2025

| | Date | Description | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | | PERIODICALLY AS NEEDED REGARDING SAME. | | | | |
| | 05/28/2024 | PREPARED AND FILED MOTION TO EXTEND DEADLINE TO FILE SCHEDULES. | BRZ | $550.00 | 0.50 | $275.00 |
| | 05/29/2024 | CALL WITH K.NEWBURY RE: BMO ACCOUNT | JH | $550.00 | 0.20 | $110.00 |
| | 05/29/2024 | CALL WITH D.RUBIN RE: BMO ISSUES | JH | $550.00 | 0.40 | $220.00 |
| | 05/30/2024 | EMAILS TO/FROM K.NEWBURY, DEBTOR, A.MCDONALD, D.RUBIN, W.AVELLONE RE: FACTORING AGREEMENT, RELEACSE OF FUNDS, DIP LENDING AGREEMENT. | JH | $550.00 | 0.70 | $385.00 |
| | 06/03/2024 | PREPARED FOR INITIAL DEBTOR INTERVIEW WITH THE US TRUSTEE'S OFFICE, INCLUDING CONFERENCE CALL WITH I. TERLETSKY AND J. HILTZ. | BRZ | $550.00 | 0.20 | $110.00 |
| | 06/03/2024 | ATTENDED INITIAL DEBTOR INTERVIEW WITH US TRUSTEE'S OFFICE | BRZ | $550.00 | 0.50 | $275.00 |
| | 06/05/2024 | ATTENDED HEARING ON MOTIONS TO EXTEND TIME TO FILE SCHEDULES. | BRZ | $550.00 | 0.30 | $165.00 |
| (1) | 06/07/2024 | DRAFTED LETTER TO VENDORS REGARDING IMPACT OF BANKRUPTCY FILING. CONFERRED WITH I. TERLESKY REGARDING SAME. | BRZ | $550.00 | 1.60 | $880.00 |
| | 06/09/2024 | DRAFTED EMAIL TO DEBTOR'S TEAM REGARDING INFORMATION NEEDED FOR PREPARATION OF SCHEDULES AND SOFA. | BRZ | $550.00 | 0.30 | $165.00 |
| | 06/10/2024 | REVISED LETTER TO VENDORS REGARDING CHAPTER 11 PROCESS. TELEPHONE CONFERENCE WITH I. TERLETSKY REGARDING SAME. | BRZ | $550.00 | 0.80 | $440.00 |
| | 06/14/2024 | TELEPHONE CONFERENCE WITH M. JANKOWSKA REGARDING CREDITOR INFORMATION FOR SCHEDULES. | BRZ | $550.00 | 0.20 | $110.00 |
| (1) | 06/14/2024 | WORKED ON PREPARATION OF SCHEDULES, INCLUDING REVIEW DEBTOR'S RECORDS AND DRAFTING DETAILED EMAIL TO DEBTOR'S MANAGEMENT REGARDING INFORMATION NEEDED FOR SCHEDULES AND SOFA. | BRZ | $550.00 | 1.10 | $605.00 |
| | 06/14/2024 | CORRESPONDED WITH DEBTOR'S MANAGEMENT REGARDING COMPLIANCE WITH US TRUSTEE'S OIRR. | BRZ | $550.00 | 0.60 | $330.00 |
| | 06/16/2024 | WORKED ON SCHEDULES FOR PATRIOT SYSTEMS. | BRZ | $550.00 | 1.00 | $550.00 |

Invoice # 1064 - 03/24/2025

| | Date | Description | | | | |
|---|---|---|---|---|---|---|
| (1) | 06/17/2024 | FINALIZED AND COORDINATED SCHEDULES, SOFA AND RELATED DISCLOSURES FOR PATRIOT AND EXPEDITOR SYSTEMS. | BRZ | $550.00 | 5.20 | $2,860.00 |
| (1) | 06/18/2024 | CORRESPONDED WITH M. JANKOWSKA REGARDING PREPARATION FOR 341 MEETING AND MONTHLY OPERATING REPORTS FOR PATRIOT AND EXPEDITOR. | BRZ | $550.00 | 0.60 | $330.00 |
| | 06/18/2024 | TELEPHONE CONFERENCE WITH M. JANKOWSKA REGARDING AMENDMENTS TO SCHEDULES AND MONTHLY OPERATING REPORT PROCEDURES. | BRZ | $550.00 | 0.40 | $220.00 |
| | 06/18/2024 | PREPARED AND FILED ATTORNEY COMPENSATION DISCLOSURES FOR PATRIOT AND EXPEDITOR. | BRZ | $550.00 | 0.80 | $440.00 |
| | 06/18/2024 | RESEARCH INTO THE PRIORITY OF MULTIPLE FACTORING COMPANIES CLAIMS AND STATUS (1/2 EXPEDITOR AND 1/2 PATRIOT) | JH | $550.00 | 1.70 | $935.00 |
| | 06/20/2024 | ATTEND COMBINED 341 MEETING (1/2 TIME TO EXPEDITOR AND 1/2 TIME TO PATRIOT) | JH | $550.00 | 1.50 | $825.00 |
| | 06/24/2024 | ATTEND CONTINUED COMBINED 341 MEETING (1/2 TIME TO EXPEDITOR AND 1/2 TIME TO PATRIOT) | JH | $550.00 | 1.30 | $715.00 |
| | 07/11/2024 | REVIEW AND ANALYZE CORPORATE FINANCIALS FOR BOTH EXPEDITOR AND PATRIOT INCLUDING INTER COMPANY LOANS AND TRANSFERS (1/2 TIME TO PATRIOT AND 1/2 TIME TO EXPEDITOR) | JH | $550.00 | 3.00 | $1,650.00 |
| | 07/15/2024 | CALL WITH A.MCDONALD RE: UPCOMING CALL WITH FACTORING COMPANIES | JH | $550.00 | 0.10 | $55.00 |
| | 07/15/2024 | CALL WITH A.MCDONALD, B.RUNYON, J.CAMPANA, J.D'ANDREA RE: MGC PURPORTED LIEN | JH | $550.00 | 0.30 | $165.00 |
| | 07/15/2024 | CALL WITH B.RUNYON RE: RESERVES | JH | $550.00 | 0.20 | $110.00 |
| | 07/16/2024 | REVIEWED CORRESPONDENCE AND RELATED DOCUMENTS IN CONNECTION WITH AMENDING SCHEDULES. | BRZ | $550.00 | 0.50 | $275.00 |
| | 07/16/2024 | COMPLETE REVIEW AND ANALYSIS OF CORPORATE FINANCIALS IN ADVANCE OF CONTINUED 341 FOR BOTH EXPEDITOR AND PATRIOT INCLUDING INTER COMPANY LOANS AND TRANSFERS (1/2 TIME TO PATRIOT AND 1/2 TIME TO EXPEDITOR) | JH | $550.00 | 1.50 | $825.00 |
| | 07/17/2024 | CALL WITH B.ZANZIG, I.TERLETSKY, M.JANKOWSKA RE: FINAL AMENDMENTS, | JH | $550.00 | 0.30 | $165.00 |

|  | | | | | |
|---|---|---|---|---|---|
|  | UPCOMING 341 MEETING | | | | |
| 07/17/2024 | CONFERENCE WITH MANAGEMENT TEAM AND J. HILTZ REGARDING AMENDED SCHEDULES AND UPCOMING 341 MEETING. | BRZ | $550.00 | 0.30 | $165.00 |
| 07/17/2024 | REVISED ASSET SCHEDULES AND SCHEDULE OF EXECUTORY CONTRACT BASED ON REVIEW AND ANALYSIS OF UPDATED BALANCE SHEET. CORRESPONDED WITH CLIENT MANAGEMENT TEAM REGARDING RELATED FOLLOW-UP QUESTIONS. | BRZ | $550.00 | 3.20 | $1,760.00 |
| 07/18/2024 | REVIEWED ADDITIONAL ISSUES RAISED BY MANAGEMENT TEAM RELATED TO AMENDED SCHEDULES. TELEPHONIC CONFERENCE WITH TEAM REGARDING SAME. | BRZ | $550.00 | 1.20 | $660.00 |
| 07/18/2024 | ATTEND CONTINUED COMBINED 341 MEETING (1/2 TIME TO EXPEDITOR AND 1/2 TIME TO PATRIOT) | JH | $550.00 | 1.30 | $715.00 |
| 07/22/2024 | CALL WITH I.TERLETSKY AND M.JANKOWSKA RE; FACTORING LIENS AND RELATED ISSUES | JH | $550.00 | 0.60 | $330.00 |
| 07/24/2024 | PREPARED SCHEDULES AND SOFA BASED ON MANAGEMENT TEAM'S FURTHER REVIEW. | BRZ | $550.00 | 2.30 | $1,265.00 |
| 07/25/2024 | REVISED AMENDED SCHEDULES AND COORDINATED FILING. | BRZ | $550.00 | 1.00 | $550.00 |
| 07/29/2024 | APPEARED AT CONTINUED 341 MEETING (1/2 TIME TO PATRIOT AND 1/2 TIME TO EXPEDITOR) | JH | $550.00 | 1.20 | $660.00 |
| 08/14/2024 | FINALIZED MONTHLY OPERATING REPORTS, AMENDED SOFAS, AND STATEMENT OF EQUITY HOLDERS BASED ON CORRESPONDENCE FROM DEBTOR MANAGEMENT TEAM. | BRZ | $550.00 | 2.10 | $1,155.00 |
| 08/14/2024 | REVISED MOTION FOR APPROVAL OF NEW LEASE PURSUANT TO SECTION 363. | BRZ | $550.00 | 1.80 | $990.00 |
| 09/08/2024 | DRAFTED RESPONSE TO UST MOTION TO VACATE ORDER APPROVING RETENTION, INCLUDING RELATED REVIEW OF DOCUMENTS AND LEGAL RESEARCH AS NEEDED. | BRZ | $550.00 | 5.60 | $3,080.00 |
| 09/09/2024 | CONFERENCE CALL WITH MANAGEMENT TEAM REGARDING INTERCOMPANY LOANS AND RELATED ISSUES IN CONNECTION WITH UST MOTION TO VACATE. | BRZ | $550.00 | 0.80 | $440.00 |

(1)

(1)