**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 24-07407 |
| | ) | |
| PATRIOT TRANSPORT, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**NOTICE OF MOTION**

TO: See attached service list

PLEASE TAKE NOTICE that on **Tuesday, May 12, 2026 at 9:30 a.m.** I will appear electronically before the Honorable Judge Timothy A. Barnes, or any judge sitting in that judge's place, **either** in courtroom 744 of the Dirksen United States Courthouse, 219 Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the **DEBTOR'S MOTION TO DISMISS**, a copy of which is served upon you.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **161 329 5276**, and the passcode is **433658**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ Miriam Stein Granek
Miriam Stein Granek (ARDC #6238163)

Gutnicki, LLP
4711 Golf Road
Suite 200
Skokie, IL 60076
847-745-6592
Email: mgranek@gutnicki.com

1

## CERTIFICATE OF SERVICE

I, Miriam Stein Granek, an attorney, hereby certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on April 22, 2026.

By: _/s/ Miriam Stein Granek_

**Service List**

**Via ECF**

- **Louis G. Beary**   lgbeary@gmail.com
- **Adam Brief**   Ustpregion11.es.ecf@usdoj.gov
- **Scott C. Frost**   sfrost@howardandhoward.com, drizzuto@howardandhoward.com
- **Thomas B Fuller**   tonthomas.fullerton@akerman.com, JOHANNA.WOMACK@AKERMAN.COM
- **Miriam Stein Granek**   mgranek@gutnicki.com, docket@gutnicki.com, 1694884420@filings.docketbird.com
- **Michael T. Gustafson**   mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com, darlene.walker@faegredrinker.com, faegrebddocket@faegredrinker.com, chuck.webber@FaegreBD.com
- **Matthew L. Hendricksen**   mhendricksen@plunkettcooney.com, lsavitch@plunkettcooney.com
- **Robert Lynch, III**   robert.lynch2@illinois.gov, robert.lynch@ilag.gov
- **Karen Newbury**   karen.v.newbury@usdoj.gov
- **Philip M Novak**   pmnovak@elizerlaw.com
- **James M Philbrick**   jamesphilbrick@comcast.net
- **Joseph A Power, Jr**   lruggiero@powerrogers.com, mraftis@prslaw.com
- **Jennifer M Rinn**   Jennifer@rinnrichmanlaw.com, IL.ECF@AISINFO.COM
- **Daniel Rubin**   drubin@howardandhoward.com, kmay@howardandhoward.com
- **Todd J Ruchman**   amps@manleydeas.com
- **Adam Toosley**   atoosley@thompsoncoburn.com, nsanchez@thompsoncoburn.com, DocketCHI@thompsoncoburn.com
- **Elisabeth M Von Eitzen**   evoneitzen@wnj.com, jnikodemski@wnj.com

**U.S. Mail**

**See attached Service List**

Label Matrix for local noticing
0752-1
Case 24-07407
Northern District of Illinois
Eastern Division
Tue Apr 21 15:56:11 CDT 2026

Ally Bank Lease Trust - Assignor to Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

BMO Bank, N.A. f/k/a BMO Harris Bank N.A.
320 S. Canal
Chicago, IL 60606-5707

BMW Financial Services NA, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Global Merchant Cash Inc.
c/o Giuliano Law PC
445 Broadhollow Rd.
Suite 25
Melville, NY 11747-3645

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Liberty Mutual Insurance Company
c/o Elizer Law Group, LLC
7366 N Lincoln Ave, #305
Lincolnwood, IL 60712-1740

Overnight Capital LLC
c/o Giuliano Law PC
Anthony Giuliano, Esq.
445 Broadhollow Rd.
Suite 25
Melville, NY 11747-3645

Patriot Transport, Inc.
2195 Arthur Avenue
Suite B
Elk Grove Village, IL 60007-6008

Power Rogers, LLP
Power Rogers, LLP
70 West Madison Street
Suite 5500
Chicago, IL 60602-4544

The Huntington National Bank
c/o Plunkett Cooney PC
221 N LaSalle Street, Suite 3500
Chicago, Il 60601-1510

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

3MD Solution LLC
6475 Joliet Road
La Grange, IL 60525-4647

Accident Fund Insurance Company
PO Box 734928
Chicago, IL 60673-4928

Ally Bank Lease Trust - Assignor to Vehi
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank Lease Trust - Assignor to Vehicle
Ally Bank Lease Trust c/o AIS Portfolio
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank Lease Trust c/o AIS Portfolio Serv
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Alpine Advance
228 PARK AVE S
New York, NY 10003-0103

AmTrust North America, Inc. on behalf of
Wesco Insurance Company
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

AmeriGas NJ-9390
P.O. Box 371473
Pittsburgh, PA 15250-7473

American Diamond Logistics
P.O. Box 80049
Keller, TX 76244-2900

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express
P.O. Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Inter-Fidelity Exchange
PO Box 809354
Chicago, IL 60680-9354

American Inter-Fidelity Exchange
PO Box 981535
Chicago, IL 60680-9354

Amerigas CA-0260
P.O. Box 7155
Pasadena, CA 91109-7155

Amerigas TX-1537
6801 Mitchel Parkway
Arlington, TX 76002-3799

Amerigas WI-5550
P.O. Box 371473
Pittsburgh, PA 15250-7473

Amerigas-5356
Dept 0140
Palatine, IL 60055-0140

Amtryst Insurance Company
PO Box 650872
Dallas, TX 75265-0872

Amundsen Davis
150 N Michigan Ave Suite 330C
Chicago, IL 60601-7621

Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601-7621

Amwins Specialty Casualty Solutions
10 S. lasalle, Suite 1500
Chicago, IL 60603-1077

Anchor Express, Inc
630 Supreme Dr
Carpentersville, IL 60110-6000

Andrei Cernomorcenco
14328 Bounding Home St
Sun City Center, FL 33573-0233

Andriy Y Chernyshev
844 Tallgrass Dr
Bartlett, IL 60103-5083

Anthony R Diaz Gomez
301 Belcher Rd N Apt 2404
Bartlett, IL 60103

Anton Kliuchka
3331 N Neenah Ave
Chicago, IL 60634-3957

Arch Insurance Company
210 Hudson Street Ste.600
Jersey City, NJ 07311-1207

Artur K Kaszowski
657 White Pine Rd
Buffalo Grove, IL 60089-3353

Atlas First Access LLC
Jennifer Ahrens
1815 Landmeier Rd
Elk Grove Village IL 60007-2420

Atlas Toyota Material Handling
27294 Network Place
Chicago, IL 60673-1272

Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353

Atmos Energy Corporation
Attn:  Bankruptcy Group
PO Box 650205
Dallas, TX 75265-0205

BFG iTech
120 W Eastman St
Office 307
Arlington Heights, IL 60004-5950

BMO Bank N.A.
Howard & Howard Attorneys:
Attn: Daniel Rubin
200 S Michigan Ave Ste. 1100
Chicago, IL 60604-2461

BMO Bank N.A. f/k/a BMO Harris Bank N.A.
c/o Howard & Howard Attorneys, PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604-2461

BMW Financial Services NA, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BMW Financial Services NA, LLC
BMW Financial Services NA, LLC c/o AIS P
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Barbara Poplawska
314 Colony Green Drive
Bloomingdale, IL 60108-2170

Blue Cross and Blue Shield of
of Illinois
P.O. Box 650615
Dallas, TX 75265-0615

Bohdan Klymyuk
2652 Smith St.
Rolling Meadows, IL 60008-2284

Burke, Warren, MacKay & Serritella,
330 N. Wabash Ave.
Suite #2100
Chicago, IL 60611-3793

Ch Robinson-IL
ATTN Claims Dept
1515 W. Webster Ave
Chicago, IL 60614-3031

Chase Ink/Cardmember Service
P.O. Box 15298
Wilmington, DE 19850-5298

Che Team, Inc.
1268 Appaloosa Way
Bartlett, IL 60103-1872

Cintas Corp.NJ
Po Box 630803
Cincinnati, OH 45263-0803

Cintas Corporation IL
P.O. Box 88005
Chicago, IL 60680-1005

Coldwater Capital
1111 Lincoln Road
Miami Beach, FL 33139-2452

Colliers
301 University Ave, suite 100
Sacramento, CA 95825-5537

Colliers International CA, Inc.
Dawn Waltz
Colliers International CA, Inc.
301 University Av 100 CA 95825

Colliers International CA, Inc.
Dawn Waltz
Colliers International Ca, Inc.
301 University Av 100 CA 95828

Colliers-Dallas
P.O. Box 735236
Dallas, TX 75373-5236

Colonial Insurance Services LLC
3845 Holcomb Bridge Rd Ste 300
Peachtree Corners, GA 30092-5248

Comed
P.O.BOX 6111
Carol Stream, IL 60197-6111

Comfort Transport, Inc.
1538 Derby Ln
Bartlett, IL 60103-2053

Concentra
PO Box 488
Lombard, IL 60148-0488

Cosic LLC
9N. 41st Ave
Phoenix, AZ 85009-4619

Craft Logistic, Inc
460 S Princeton Ave
Itasca, IL 60143-2169

Crum & Forster
Attn: Nick Melluzzo
855 Winding Brook Drive
Glastonbury, CT 06033-1231

Daimler Truck Financial Services USA LLC
c/o Elisabeth M. Von Eitzen
180 East Water Street  Suite 7000
Kalamazoo, Michigan 49007-3876

Daniel R Eubanks WI
2030 S 37th St
Milwaukee, WI 53215-2003

Daria J Ulman
708 Bayberry Dr
Bartlett, IL 60103-4444

David C. Willis, Esquire
Rumberger, Kirk & Caldwell, P.A.
P. O. Box 1873
Orlando, FL 32802-1873

Davidson, Pargman & Company, LLC
P.O. Box 340
Genoa, IL 60135-0340

Descartes Systems USA
PO BOX 404037
Atlanta, GA 30384-4037

Digital Copiers Super Center
1462 Elmhurst Rd.
Elk Grove Village, IL 60007-6417

DocuSign
PO Box 735445
Dallas, TX 75373-5445

Duke Energy
PO Box 70516
Charlotte, NC 28272-0516

Echo Global Logistics
Attn:Jeremy,Christine
25572 Network Pl
Chicago, IL 60673-1255

(p)MITSUBISHI HC CAPITAL AMERICA  INC
1 PIERCE PLACE SUITE 1100 WEST
ITASCA IL 60143-3149

Ever Green Express Service, Inc
PO BOX 620863
Orlando, FL 32862-0863

Expeditor Systems Inc.
450 Kehoe Blvd.
Carol Stream, IL 60188-5205

Expeditors Companies Inc.
450 Kehoe Blvd
Carol Stream, IL 60188-5205

Fadil Topalli
2440 Enterprise Rd Apt 3
Clearwater, FL 33763-1749

Flagstar Financial & Leasing, LLC
Vedder Price P.C.
Michael D. Leifman
222 North LaSalle Street
Chicago, IL 60601-1003

Flood Brother
PO BOX 4560
Carol Stream, IL 60197-4560

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Fratelli Group, L.L.C.
Regas & Dallas P.C. c/o Nicholas LaCourt
20 North Clark Street, Suite 1103
Chicago IL 60602-4190

Freight Force, Inc
315 Ella Grasso Tpke
Windsor Locks, CT 06096-1059

Fresh Express
4757 The Grove Drive Ste 260
Windermere, FL 34786-8426

Fusion
PO BOX 51538
Los Angeles, CA 90051-5838

Galaxy Way, Inc.
4528 N. Plainfield
Harwood Heights, IL 60706-4335

Global Merchant Cash
30 Broad Street
New York, NY 10004-2304

Global Merchant Cash Inc.
c/o Giuliano Law PC
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645

Global Merchant Cash, Inc.
Thompson Hine LLP
Attn: Jack M. D'Andrea, Esq.
3900 Key Center, 127 Public Square
Cleveland, OH 44114

Grapevine-Colleyville Independent
School District
3072 Mustang Drive
Grapevine, TX 76051-5901

Great American Insurance Group
Great American Insurance Group Tower c/o
Bankruptcy
301 E 4th Street
Cincinnati, OH 45202-4245

HMI Lakemont West LLC
c/o Adam C Toosley
Smith, Gambrell & Russell
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606-6683

(p)HILLSBOROUGH COUNTY TAX COLLECTOR
2506 N FALKENBURG RD
TAMPA FL 33619-0917

Howard & Howard Attorneys
Attn: Daniel Rubin
200 S. Michigan Ave. 1100
Chicago, IL 60604-2461

Hrang Tan Sum
590 Gundersen Dr APT 110
Carol Stream, IL 60188-3022

Hryhoriy Yakhvan.
5642 W. Newport Ave
Chicago, IL 60634-4421

ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY
33 S STATE ST 10TH FLOOR
North Granby, CT 06060-3000

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

Igor Terletsky
532 W. North St
Hinsdale, IL 60521-3117

Ihar Bury
517 Stone Gate Cir
Schaumburg, IL 60193-2851

Illinois Department of Employment Security
C/O Revenue Division, Bankruptcy Unit
115 S. LaSalle Street, Floor LL2
Chicago, IL 60603-3801

Ingersoll Rand
15768 Collections Center Dr
Chicago, IL 60693-0001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Iuliia Rybachyk
1331 Filly Ln
Bartlett, IL 60103-1875

Ivan Barabash
6642 W Belmont Ave
Chicago, IL 60634-4887

Ivan Trotski
1292 Thames Cres
Morrisville, PA 19067-6010

Ivan Trukhan
225 S Rohlwing Rd Unit 518
Palatine, IL 60074-6471

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ-5757
Phoenix AZ 85038-9505

JPMorgan Chase Bank, N.A.
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

James Boyer
549 Highland Ave
West Chicago, IL 60185-2139

Jet Freight Systems, Inc.
450 Kehoe Blvd.
Carol Stream, IL 60188-5205

Jettex LLC
213 Washington Ave
Carlstadt, NJ 07072-3007

Joe C Horton
227 Weber Ave
Trenton, NJ 08638-3603

Johnson Controls Security Solutions
P.O. Box 371967
Pittsburgh, PA 15250-7967

KRD, Ltd
1051 Perimrter Dr
Schaumburg, IL 60173-5079

Karina Anna Sanetrnik
229 Oakwood Dr
Wood Dale, IL 60191-1953

Karol Sobolewski
1835 N Newport Rd
Hoffman Estates, IL 60169-4104

Katarzyna Burzynska
9512 Glenlake Ave
#330
Des Plaines, IL 60018-5150

Katarzyna Szustak
17232 Lakebrook Dr
Orland Park, IL 60467-6086

Khen P Tuang
6850 The Plaza
Charlotte, NC 28215-1914

Kornas Corporation
PO BOX 30261
Chicago, IL 60630-0261

Lamorris Wallace
1562 Fairway Drive Apt. 201
Naperville, IL 60563-8729

Leasing Truck Solution, Inc
450 Kehoe Blvd.
Carol Stream, IL 60188-5205

Liberty Mutual Insurance Company
Lockbox #25738
131 S. Dearborn, 6th Floor
Chicago, IL 60603-5517

Libra Leasing LLC
3242 Durham Place
Southampton, PA 18966-2904

M & K Financial, LLC
4350 Clyde Park Ave SW
Wyoming, MI 49509-4090

M & K Financial, LLC
c/o Rubin & Levin, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204-2489

Mack Mankiewicz
18903 Pebble Links Cir
#304
Tampa, FL 33647-1893

Maintainco Inc
65 E Leuning St
PO BOX 1785
South Hackensack, NJ 07606-0385

Maintainco Inc
65 East Leuning Street
South Hackensack NJ 07606-1382

Malgorzata D. Jankowska
27W704 Sycamore St.
West Chicago, IL 60185-1520

Manpreet Mangat
1995 Woodhaven Dr
Bartlett, IL 60103-1327

Marek Ciechaniewicz
111 HOMESTEAD DR
Wood Dale, IL 60191-1944

Marek Slyk
226 Kingsland Ave
Brooklyn, NY 11222-4395

Marek Szumski
1175 Robin Drive
Carol Stream, IL 60188-6067

Mariya Ostapyshyn
111 S Baybrook Dr  # 202
Palatine, IL 60074-6838

Mark It Express
13555 Main St
Lemont, IL 60439-9376

Maskym Smolskyi
136 S La Londe Ave Apt 2A
Addison, IL 60101-3326

Mercedes-Benz Financial Services USA LLC
13650 Heritage Parkway
Fort Worth, TX 76177-5323

Msch Corp.
2200 Landmeier Rd.
Elk Grove Village, IL 60007-2617

Mykhailo Abramiuk
867 Deerpath Ct
Hoffman Estates, IL 60169-2302

Mykhailo Boichuk
4320 N Nordica Ave
Harwood Heights, IL 60706-7116

(p)NCH CORPORATION
ATTN ATTN PAYROLL
2727 CHEMSEARCH BLVD
IRVING TX 75062-6454

NY State Department
of Taxation & Finance
WA Harriman Campus
Albany, NY 12227-0841

Nancy C. Millan, Tax Collector
PO Box 30012
Tampa, FL 33630-3012

Natalia Bodnar
678 Waterford Dr
Hanover Park, IL 60133-2715

National Benefit Service
430 W. 7th Street
Suite 219494
Kansas City, MO 64105-1407

Nazar Bodnar
678 Waterford Dr.
Hanover Park, IL 60133-2715

Nestle Business Services
Attn: Gail Delong - Sacramento CA
445 State Street
Fremont, MI 49413-1000

New York State Department of Taxation & Fina
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300

Nicor Gas
P.O.BOX 5407
Carol Stream, IL 60197-5407

Nicor Gas
PO Box 549
Aurora, IL 60507-0549

O'Hagan&Meyer
1 E Wacker Dr., Ste. 3400
Chicago, IL 60601-2001

Oksana Lenko
231 Iris Dr
Streamwood, IL 60107-2221

Oleg Levkovych
8711 W BRYN MAWR AVE #201
Chicago, IL 60631-3674

Oleksandr Guzii
2003 Quaker Hollow Ln
Streamwood, IL 60107-1946

Oleksii Yaroshenko
9835 Oak Barrel Lane
CHARLOTTE, NC 28215-7399

Oleksii Yaroshenko
9835 Oak Barrel Ln
West Chester, PA 28215-7399

Oussama Khalil
1906 Slayton Ln
Glendale Heights, IL 60139-1964

Overnight Capital LLC
Giuliano Law PC
445 Broadhollow Rd., Suite 25
Melville NY 11747-3645

Overnight Capital LLC
c/o Giuliano Law PC
Anthony Giuliano, Esq.
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645

PDX LOGISTICS, LLC
6525 WASHINGTON BLVD
Elkridge, MD 21075-5533

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

PG&E
PO BOX 997300
Sacramento, CA 95899-7300

Patriot Development Group LLC
450 Kehoe Blvd.
Carol Stream, IL 60188-5205

Penske Truck Leasing Co LP
Route 10, Green Hills
Reading, PA 19603

(p)PENSKE TRUCK LEASING CO  L P
PO BOX 563
READING PA 19603-0563

Penske Truck Leasing.
PO Box 802577
Chicago, IL 60680-2577

Phoenix Transportation, Inc.
863 N Northwest Highway Apt#1
Park Ridge, IL 60068-2479

Piedmon Natural Gas
PO Box 1246
Charlotte, NC 28201-1246

Pilot Receivables LLC
5500 Lonas Dr.
Suite 260
Knoxville, TN 37909-3200

Pilot Travel Centers LLC
20 Greenway Plz
Houston, TX 77046-2019

Premium Auto Glass, Inc.
2099 Baldwin Lane
Hanover Park, IL 60133-2918

Proliant, Inc.
1100 Abernathy Road Ste. 1000
Atlanta, GA 30328-5659

Prologis
6250 North River Road 1100
Des Plaines, IL 60018-4250

Prologis 2 L.P.
P.O. Box 846252
Dallas, TX 75284-6252

Prologis 2, L.P.
c/o Brian P. Morgan
Faegre Drinker Biddle & Reath LLP
1177 Ave. of the Americas, 41st Fl.
New York, NY 10036-2714

Prologis Dallas
Attn:Stacey Andrews
2021 McKinney Ave Suite # 1050
Dallas, TX 75201-7629

Propane Ninja
PO Box 320902
Tampa, FL 33679-2902

Proshine
4312 N Sayre Ave
Harwood Heights, IL 60706-7124

Pullman & Comley
850 Main St.
Bridgeport, CT 06604-4917

Pure Water Partners
PO Box 24445
Seattle, WA 98124-0445

Pure Water Partners LLC
123 Third Ave Stee28
Sandpoint, ID 83864-1262

Quadient Finance USA, Inc
PO Box 6813
Carol Stream, IL 60197-6813

Queen Palm Properties, LLC
c/o The Dikman Company
1315 S. Howard Avenue Suite 202
Tampa, FL 33606-3193

RTS Financial Services
P.O.Box 840267
Dallas, TX 75284-0267

Ramon Facultad
2835 Gustav St.
Franklin Park, IL 60131-2944

Ranger Construction Company
4240 Morris Field Dr
Charlotte, NC 28208-5831

Red Dog Logistics
800 W 79th St #4
Willowbrook, IL 60527-5645

Republic Services #794
PO Box 78829
Phoenix, AZ 85062-8829

Roanoke Insurance Group
35079 Eagle Way
Chicago, IL 60678-1350

Robert Labazevych
2617 W Augusta Blvd
Chicago, IL 60622-7082

Rock River Express, Inc
1307 Industrial Dr
Ixonia, WI 53036

Roman Kuzmyk
304 Dawn Ct Apt A
Bloomingdale, IL 60108-1897

Run Koh Khin Maung Shwe
167 Surrey Dr
Carol Stream, IL 60188-2015

Ruslan Kosiak
854 Woodbury Dr
Jackson, NJ 08527-5347

Ruslan Nukhbalaiev
800 Central Ave
Southampton, PA 18966-4225

S Power Wash, Inc.
P.O. Box 902
Bensenville, IL 60106-0902

S&S Fence Co, Inc
7448 Reese Road
Sacramento, CA 95828-3706

SMITHEREEN PEST MANAGEMENT
7400 N MELVINA AVE
Niles, IL 60714-3908

SSP
3740 West 104th St
Hialeah, FL 33018-1226

SambaSafety
Dept LA 24536
Pasadena, CA 91185-4536

Samsara
PO Box 735462
Dallas, TX 75373-5462

Sandeep Kumar
122 Kensington Dr
Streamwood, IL 60107-6629

Scooter's Lawn Care
3208 Chiquita Blvd S
Cape Coral, FL 33914-4267

Scopelitis
Garvin Light Hanson & Feary
10 West Market Street, Suite 1400
Indianapolis, IN 46204-2909

Scott Pohlman
Pohlman Law Group, PLC
44365 Premier Plaza STE 110
Ashburn, VA 20147

Sergii Khoruzhyi
900 N Rohlwing Rd Apt 302
Addison, IL 60101-1015

Serhii Yaroshenko
9835 Oak Barrel Ln
Charlotte, NC 28215-7399

Serhiy S. Prots
863 N NORTHWEST HIGHWAY Apt 1
Park Ridge, IL 60068-2479

Shawnee Trucking PA
1760 Rohrerstown Rd
Lancaster, PA 17601-2320

Snider Fleet Solutions
PO Box 749650
Atlanta, GA 30374-9650

Source Alliance Network, Inc.
2023 W Carroll Ave # C205
Chicago, IL 60612-1682

Southern States Toyota Lift
115 S. 78th St
Tampa, FL 33619-4220

StarStone National Insurance Company
Harborside Financial Center
Plaza 5 Ste. 2600
Jersey City, NJ 07311

(p)STATE OF NEW JERSEY   DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

Superior Plus Propane
PO Box 981045
Boston, MA 02298-1045

Sylwester Jurczak
1317 Forestdale Ct
Schaumburg, IL 60193-1233

T&T Logistic, Inc.
3350 N. Carriageway Dr.
Arlington Heights, IL 60004-1555

TECO
P.O. Box 31318
Tampa, FL 33631-3318

Taras Halambets
2800 Northampton Dr. Apt A2
Rolling Meadows, IL 60008-4336

Taras Khomyshyn
3350 N Carriageway Dr Unit 320
Arlington Heights, IL 60004-1546

Tarrant County
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
3500 MAPLE AVENUE
SUITE 800
Dallas, TX 75219-3959

Tetiana Brunarska.
1340 Newcastle Lane
Bartlett, IL 60103-8928

Texpo Energy
PO Box 3079
Houston, TX 77253-3079

Thompson Hine LLP
Attn: Jack M. D'Andrea, Esq.
3900 Key Center
127 Public Square
Cleveland, OH 44114-1217

Thompson Safety
PO Box 842365
Dallas, TX 75284-2365

Top Gear Inc.
450 Kehoe Blvd.
Carol Stream, IL 60188-5205

Total Truck Transport
19128 Roman Way
Montgomery Village, MD 20886-5061

Transportation One, Inc
1315 N North Branch St Suite E
Chicago, IL 60642-2590

Tri-City Oak Creek
Goldendale Road II, LLC
3885 N Brookfield Rd, Ste 200
Brookfield, WI 53045-1983

True Business Funding
333 River St.
Hoboken, NJ 07030-5856

Truly Nolen Pest Control
701 East Bldv
Charlotte, NC 28203

U.S. Bank NA dba U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4003

UKR Power, Inc.
1340 New Castle Ln
Bartlett, IL 60103-8928

US Bank Equipment Finance
PO Box 230789
Portland, OR 97281-0789

Uline
12575 Uline Drive
Pleasant Prairie WI 53158-3686

Uline Shipping Supply
PO BOX 88741
Chicago, IL 60680-1741

Universe Cargo Group, Inc.
1538 Derby Lane
Bartlett, IL 60103-2053

Vadim Mayster
2757 N Monticello Ave
Chicago, IL 60647-8328

Verizon
PO BOX 15043
Albany, NY 12212-5043

Verizon Connect
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Verizon Connect Fleet USA
P.O. Box 15043
Albany, NY 12212-5043

Verizon EDL's
P.O. Box 16810
Newark, NJ 07101-6810

Village of Carol Stream
P.O.Box 7757
Carol Stream, IL 60197-7757

VinaKom Communications
860 Remington Road
Schaumburg, IL 60173-4523

Vira G Trucking, Inc.
414 Westgate Terrace
Streamwood, IL 60107-2224

Vitaliy Gotsyk
64 N Traymore Ave
Warminster, PA 18974-1443

Vitaliy Malitovskyy
263 Brittany Trl
Elgin, IL 60120-4692

Volodymyr Demchenko
2626 W Huron St Apt 2
Chicago, IL 60612-1122

Volodymyr Lysyi
414 Westgate Ter
Streamwood, IL 60107-2224

Volodymyr Sarabun
34 pond ln
Levittown, PA 19054-3713

WI Department of Revenue
P.O Box 8902
Madison, WI 53708-8902

WM Greater Charlotte
P.O. Box 4648
Carol Stream, IL 60197-4648

WM of Wisconsin, Inc
PO Box 4648
Carol Stream, IL 60197-4648

Waste Management CA
PO BOX 541065
Los Angeles, CA 90054-1065

Waste Management Inc. of Florida
P.O. Box 4648
Carol Stream, IL 60197-4648

We Energies
PO Box 6042
Carol Stream, IL 60197-6042

Wesco Insurance Company
PO Box 650872
Dallas, TX 75265-0872

Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

Yurii Boretskyi
1331 Filly Ln
Bartlett, IL 60103-1875

Yurii Popil
525 S Cleveland Ave
Arlington Heights, IL 60005-2167

Yurii Shevchuk
4612 N Ozanam Ave
Harwood Heights, IL 60706-4504

Zen Capital
788 NE 23rd, Suite 1002
Miami, FL 33137-5905

Adam Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604-2027

(p)KCC MIRIAM STEIN GRANEK
4711 GOLF ROAD SUITE 200
SKOKIE IL 60076-1236

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Illinois Department of Revenue
Bankruptcy Unit
P O Box 19035
Springfield, IL 62794-9035

(d)Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck NJ 07666

Engs Commercial Finance Co.
One Pierce Place Ste. 110
Itasca, IL 60143

Hillsborough County Tax Collector
Nancy C. Millan Tax Collector
P.O Box 30012
Tampa FL 33630-3012

(d)Hillsborough County Tax Collector
Nancy C. Millan Tax Collector
P.O Box 30012
Tampa, FL 33630-3012

(d)Illinois Department of Revenue
PO BOX 19035
Springfield, IL 62794-9035

NCH Corporation
Attn: Roy Johnson
2727 Chemsearch Blvd
Irving, TX 75062

PG&E
PO BOX 8329
C/O BANKRUPTCY
STOCKTON, CA 95208

Penske Truck Leasing Co., L.P.
PO Box 563
Reading, PA 19603

State of New Jersey
Division of Taxation
PO Box 245
Trenton NJ 08695

Miriam Stein Granek
Gutnicki LLP
4711 Golf Road
Suite 200
Skokie, IL 60076

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Express National Bank

(u)Daimler Truck Financial Services USA LLC

(u)Financial Services Vehicle Trust

(u)HMI Lakemont West LLC

(u)JPMORGAN CHASE BANK, N.A.

(u)James Boyer Sr

(u)KRD Ltd                          (u)Prologis 2 L.P.                     (u)Robert Labazevych

(d)BMO Bank N.A.                    (d)Cintas Corporation IL               (d)Liberty Mutual Insurance Company
Howard & Howard Attorneys:         PO Box 88005                           c/o Elizer Law Group, LLC
Attn: Daniel Rubin                 Chicago, IL 60680-1005                 7366 N Lincoln Ave, #305
200 S Michigan Ave. Suite 1100                                            Lincolnwood, IL 60712-1740
Chicago IL 60604-2461

(u)The Huntington National Bank    (u)Clayton Norman                      (u)Francisco M Virgo

(u)Ivan Trotski                    (u)Jesse Minton                        (u)Stacia Scott

End of Label Matrix
Mailable recipients   275
Bypassed recipients    18
Total                 293

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| | ) | |
| **PATRIOT TRANSPORT, INC.** | ) | **Case No. 24-07407** |
| | ) | |
| Debtor. | ) | **Hon. Timothy A. Barnes** |
| | ) | |

**DEBTOR'S MOTION TO DISMISS**

NOW COMES Patriot Transport, Inc. (the "Debtor"), by and through the undersigned counsel, with its Motion ("Motion") to Dismiss this Chapter 11 proceeding.  In support of this Motion, the Debtor states as follows:

**BACKGROUND**

1.     On May 17, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.     The Debtor has a principal place of business in Elk Grove Village, Illinois.  The Debtor is in the trucking business.

3.     On May 28, 2025, this Court entered an Order (the "Confirmation Order") confirming the Debtor's Third Amended Plan of Reorganization dated May 14, 2025 (the "Plan").

4.     Pursuant to a Notice of Effective Date [Dkt. 258], the Plan became effective on August 1, 2025.

5.     This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§1334 and 157.  This is a core proceeding pursuant to 28 U.S.C. §157.

1

**Requested Relief**

6.      Section 1112(b) of the Bankruptcy Code provides that on the request of a party in interest, and after notice and a hearing, the court shall convert the case to Chapter 7 or dismiss the case, whichever is in the best interests of creditors of the estate, so long as the movant establishes cause." See 11 U.S.C. § 1112(b)(1).

7.      Debtor requests dismissal pursuant to Section 1112(b). Despite having the plan confirmed on May 28, 2025, Debtor has never been able to reach the point where the Debtor can file a motion for final decree.

8.      The Debtor has been delinquent on post confirmation payments to the administrative creditors (including its professionals and on U.S. Trustee fees) and on its initial payment to unsecured creditors.  Despite being given numerous continuances to be current, the Debtor's business has not been successful enough in its reorganization to be able to become current on its Plan obligations and seek a final decree. In fact, the opposite has happened, Debtor has fallen further behind and the case is at a point where this reorganization will not be successful.

9.      Section 1112(b)(4) contains a non-exhaustive list of grounds that constitute cause, which includes "substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation."

10.      Here, Debtor asserts that after sale of its assets, there would be no funds to pay administrative claims, priority creditors or unsecured creditors. The Bankruptcy Estate continues to incur expenses and there are no profitable on-going operations or readily available assets to pay those debts. This situation will continue to diminish whatever value remains in the Estate.

11.      Further, the Debtor was recently served with a 5-day notice from its current landlord.  The landlord has threatened to remove the Debtor from the premises.  Additionally, the

2

Debtor's related entities – Leasing Truck Solutions and Expeditor Systems, Inc. – have also fallen woefully behind in their Plan payments and have filed similar motions to dismiss those cases. The three (3) cases are financially intertwined such that the failure of one of the companies signals the failure of each of them.

12. If this reorganization is no longer feasible, Debtor's options are dismissal or conversion to Chapter 7. As discussed below, this case should be dismissed.

## LEGAL STANDARD

13. In deciding between conversion and dismissal, courts have considered the following factors:

i)    Whether some creditors received preferential payments, and whether equality of distribution would be better served by conversion rather than dismissal;

ii)   Whether there would be a loss of rights granted in the case if it were dismissed rather than converted;

iii)  Whether the debtors simply would file a further case upon dismissal;

iv)   The ability of the trustee in a chapter 7 case to reach assets for the benefit of creditors;

v)    In assessing the interest of the estate, whether conversion or dismissal of the estate would maximize the estate's value as an economic enterprise;

vi)   Whether any remaining issues would be better resolved outside the bankruptcy forum;

vii)  Whether the estate consists of a "single asset";

viii) Whether the debtor had engaged in misconduct and whether the creditors are in need of a chapter 7 case to protect their interests;

3

ix)     Whether a plan has been confirmed and whether any property remains in the estate to be administered, and

x)      Whether the appointment of a trustee is desirable to supervise the estate and address possible environmental and safety concerns.

14.     Here, there are no actionable preferential transfers.  Payments made within the 90 day period are either unrecoverable (such as to secured parties, employees (or owner operators), health insurance and liability insurance), or were to related entities which are also failing financially[1]. There are no pending adversaries and no creditors will lose any rights if this case is dismissed. Debtor has no plans to refile this case, although it reserves its rights to do so should circumstances change.  A Chapter 7 Trustee would not be able to generate funds for unsecured creditors because Debtor's assets do not retain enough value to pay the underlying liens. Debtor has not engaged in any misconduct. The Debtor's Plan of Reorganization was confirmed nearly a year ago and no estate property remains to be administered. Because of all these reasons, appointing a Chapter 7 Trustee would only generate further administrative expense while providing no additional recovery for creditors.

**NOTICE**

15.     Debtor has given 21 days' notice of this Motion to: (i) the Office of the United States Trustee; (ii) Bankruptcy Counsel; (iii) the 20 largest creditors; and (iv) any person that has requested notice in the Case or that receives notices through the ECF System with respect to the case.

---

[1] The largest payments within the year to insiders were to the other 2 debtors. Those payments are not recoverable.

4

WHEREFORE, Patriot Transport, Inc. respectfully requests this Honorable Court to enter an Order Voluntarily Dismissing Debtor's case and for such other and further relief it finds fair and just.

Respectfully submitted,

PATRIOT TRANSPORT, INC.

By: ___/s/ Miriam Stein Granek_____
        One of its Counsel

Miriam Stein Granek
Gutnicki LLP
4711 Golf Road, Suite 200
Skokie, IL 60077
(847) 745-6592
mgranek@gutnicki.com
*Counsel to the Debtor*