UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   24-07407 |
| PATRIOT TRANSPORT, INC. | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER VOLUNTARILY DISMISSING CASE

THIS CAUSE COMING ON TO BE HEARD on the Debtor's Motion to Dismiss this case; the court being advised in the premises and due notice having been given; IT IS ORDERED:

1. Debtor's Motion IS GRANTED.

2. The Debtor's case is dismissed.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  May 12, 2026

**Prepared by:**

Miriam Stein Granek
Gutnicki LLP
4711 Golf Road, Suite 200
Skokie, IL 60077
(847) 745-6592
mgranek@gutnicki.com